UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA CISNEROS,<br><br>           Plaintiff,<br><br>      v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF THE<br>SOCIAL SECURITY ADMINISTRATION,<br><br>           Defendant. | Case No. CV 15-2423-PJW<br><br>J U D G M E N T |

   Pursuant to the Order Dismissing Action for Failure to Prosecute,

   IT IS ADJUDGED that the action is dismissed without prejudice.


   DATED: April 4, 2016


                                    _____
                                    PATRICK J. WALSH
                                    UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Social Security\CISNEROS, R 2423\Judgment.wpd